## COMMISSIONER OF TRANSPORTATION *v.* VINCENT P. LAROBINA

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 15 (AC 24780), is denied.

*Vincent P. Larobina*, pro se, in support of the petition.

Decided December 14, 2005

## GEORGE ORTIZ *v.* COMMISSIONER OF CORRECTION

The petitioner George Ortiz' petition for certification for appeal from the Appellate Court, 92 Conn. App. 242 (AC 25633), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided December 14, 2005

## MICHAEL PONTARELLI *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 903 (AC 26282), is denied.

*Steven A. Tomeo*, in support of the petition.

*Priscilla Green*, assistant attorney general, in opposition.

Decided December 14, 2005